AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.
ZACHARY WATKINS

Defendant(s)

Case No. 3:21-MJ-13

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 9, 2020__ in the county of __Lackawanna__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Jennifer Gerrity*
Complainant's signature

Jennifer Gerrity, TFO, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/27/2021

*Karoline Mehalchick*
Judge's signature

City and state: Scranton, PA

U.S. Magistrate Judge Karoline Mehalchick
Printed name and title