IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:21-CR-00041 |
| v.  : | |
| : | (Mannion, J.) |
| ZACHARY WATKINS  : | |

## P R A E C I P E

TO THE CLERK OF COURTS:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Shane Scanlon, Esquire, 116 North Washington Avenue, Suite 400, Scranton, PA 18503.

BRUCE D. BRANDLER
Acting United States Attorney

Dated:   02/26/2021

/s/ James. M. Buchanan
JAMES M. BUCHANAN
Assistant U.S. Attorney
235 North Washington Avenue
Scranton, PA 18503
Phone: (570) 348-2800